IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Thomas L. Logue, on behalf of himself and others similarly situated | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 2:10-cv-451 |
| vs. | ) ) ) ) | Magistrate Judge Cathy Bissoon |
| West Penn Multi-List, Inc; Howard Hanna Real Estate Services, Inc.; Coldwell Banker Real Estate LLC; Freeman Realty Company; Everest Consulting Group LP d/b/a Northwood Realty Services; and Prudential Preferred Realty, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**DISCLOSURE STATEMENT OF DEFENDANT
HOWARD HANNA REAL ESTATE SERVICES, INC.**

Pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Howard Hanna Real Estate Services, Inc., in the above-captioned action, certifies that upon information and belief there are no parents, subsidiaries, and/or affiliates of said party that have issued shares or debt securities to the public.

/s Gretchen L. Jankowski
Wendelynne J. Newton
PA 35163
Matthew F. Burger
PA 74513
Gretchen L. Jankowski
PA 74540
Corrado Salvatore
PA 203639

**BUCHANAN INGERSOLL & ROONEY PC**
Firm I.D. No. 038
One Oxford Centre, 20th Floor
301 Grant Street
Pittsburgh, PA  15219-1410
Telephone: (412) 562-8800
Facsimile: (412) 562-1041
Email: wendelynne.newton@bipc.com
matthew.burger@bipc.com
gretchen.jankowski@bipc.com
corrado.salvatore@bipc.com

Counsel for Defendant Howard Hanna Real Estate Services, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing, **Disclosure Statement of Defendant Howard Hanna Real Estate Services, Inc**., was served this 17th day of May, 2010 via the Court's ECF filing and/or email as follows:

**Via Email and ECF**
John C. Evans, Esquire
**SPECTER SPECTER EVANS & MANOGUE, P.C.**
436 Seventh Avenue
The 26th Floor, Koppers Building
Pittsburgh, PA 15219
john@ssem.com

**Via Email**
Brian D. Penny, Esquire
**GOLDMAN SCARLATO & KARON, P.C.**
101 West Elm Street, Suite 360
Conshohocken, PA  19428
penny@gsk-law.com

**Via Email**
Daniel R. Karon, Esquire
**GOLDMAN SCARLATO & KARON, P.C.**
700 W. St. Clair Avenue, Suite 204
Cleveland, OH 44113
karon@gsk-law.com

**Via Email**
Mark Reinhardt, Esquire
Garrett D. Blanchfield
**REINHARDT WENDORF & BLANCHFIELD**
E-1250 First National Bank Building
332 Minnesota Street
St. Paul, MN  55101
m.reinhardt@rwblawfirm.com
g.blanchfield@rwblawfirm.com

**Counsel for Plaintiff and the putative class**

4

**<u>Via Email and ECF Filing</u>**

Fred C. Jug, Jr., Esquire
Brandt, Milnes & Rea, P.C.
1109 Grant Building
310 Grant Street
Pittsburgh, PA  15219

**Counsel for Defendant West Penn Multi-List, Inc.**

                                                                                     *<u>/s Gretchen L. Jankowski</u>*
                                                                                     Gretchen L. Jankowski