UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Thomas L. Logue, on behalf of himself and others similarly situated, )<br><br>         Plaintiff, )<br><br>vs. )<br><br>West Penn Multi-List, Inc.; Howard Hanna Real Estate Services, Inc.; Coldwell Banker Real Estate LLC; Freeman Realty Company; Everest Consulting Group LP d/b/a Northwood Realty Services; and Prudential Preferred Realty, )<br><br>         Defendants. ) | Civil Action No. 2:10-cv-451<br><br>Honorable Arthur J. Schwab<br><br>ELECTRONICALLY FILED |

**MOTION FOR ADMISSION *PRO HAC VICE*
FOR ATTORNEY BRIAN D. PENNY**

David J. Manogue, Esquire, a member of the Bar of the United States District Court for the Western District of Pennsylvania, hereby moves this Honorable Court to admit Brian D. Penny *pro hac vice* to participate in this case.

1. Brian D. Penny is a member with Goldman Scarlato & Karon, P.C., 101 W. Elm Street, Suite 360, Conshohocken, PA 19428. As evidenced by the attached Affidavit, Mr. Penny is a member in good standing of the Bars of the States of Pennsylvania and New York.

2. Mr. Penny has extensive experience in class actions and complex litigation. Mr. Penny's admission *pro hac vice* will significantly assist plaintiff in prosecuting this class action.

3. Mr. Penny is conversant or will become conversant with the Local Rules of Civil Procedure of the United States District Court for the Western District of Pennsylvania, and will abide by those Rules.

4. Mr. Penny registered to use Electronic Case Filing ("ECF") in the Western District of Pennsylvania on July 8, 2010 and wishes to be admitted *pro hac vice* for all purposes in this matter.

WHEREFORE, the above mentioned party respectfully requests this Court to grant the Motion for Admission *Pro Hac Vice* of Attorney Brian D. Penny. A proposed Order of Court is attached.

Dated: July 8, 2010          **SPECTER SPECTER EVANS & MANOGUE, P.C.**

By: s/David J. Manogue  .
David J. Manogue (PA ID No. 42119)

The 26th Floor Koppers Building
436 Seventh Avenue
Pittsburgh, Pennsylvania 15219
Telephone: 412-642-2300
Facsimile: 412-642-2309

***ATTORNEYS FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

The undersigned, David J. Manogue, Esquire, hereby certifies that he served a true and correct copy of the Motion for Admission *Pro Hac Vice* for Attorney Brian D. Penny on counsel of record by electronic mail using the Court's Electronic Case Filing System.

Dated:  July 8, 2010                                        s/David J. Manogue            .
                                                                          David J. Manogue