UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Thomas L. Logue, on behalf of himself and others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Civil Action No. 2:10-cv-451 |
| West Penn Multi-List, Inc.; Howard Hanna Real Estate Services, Inc.; Coldwell Banker Real Estate LLC; Freeman Realty Company; Everest Consulting Group LP d/b/a Northwood Realty Services; and Prudential Preferred Realty, | ) ) ) ) ) ) ) ) | Honorable Arthur J. Schwab<br><br>ELECTRONICALLY FILED |
| Defendants. | ) ) ) | |

**MOTION FOR ADMISSION *PRO HAC VICE*
FOR ATTORNEY DANIEL R. KARON**

David J. Manogue, Esquire, a member of the Bar of the United States District Court for the Western District of Pennsylvania, hereby moves this Honorable Court to admit Daniel R. Karon *pro hac vice* to participate in this case.

1. Daniel R. Karon is a member with Goldman Scarlato & Karon, P.C., 700 W. St. Clair Avenue, Suite 204, Cleveland, OH 44113. As evidenced by the attached Affidavit, Mr. Karon is a member in good standing of the Bars of the States of Ohio and Illinois.

2. Mr. Karon has extensive experience in class actions and complex litigation. Mr. Karon's admission *pro hac vice* will significantly assist plaintiff in prosecuting this class action.

3. Mr. Karon is conversant or will become conversant with the Local Rules of Civil Procedure of the United States District Court for the Western District of Pennsylvania, and will abide by those Rules.

4. Mr. Karon registered to use Electronic Case Filing ("ECF") in the Western District of Pennsylvania on July 8, 2010 and wishes to be admitted *pro hac vice* for all purposes in this matter.

WHEREFORE, the above mentioned party respectfully requests this Court to grant the Motion for Admission *Pro Hac Vice* of Attorney Daniel R. Karon. A proposed Order of Court is attached.

| | |
|---|---|
| Dated: July 8, 2010 | **SPECTER SPECTER EVANS & MANOGUE, P.C.** |
| | By: s/David J. Manogue                   .<br>David J. Manogue (PA ID No. 42119) |
| | The 26th Floor Koppers Building<br>436 Seventh Avenue<br>Pittsburgh, Pennsylvania  15219<br>Telephone: 412-642-2300<br>Facsimile: 412-642-2309 |
| | ***ATTORNEYS FOR PLAINTIFF*** |

## CERTIFICATE OF SERVICE

The undersigned, David J. Manogue, Esquire, hereby certifies that he served a true and correct copy of the Motion for Admission *Pro Hac Vice* for Attorney Daniel R. Karon on counsel of record by electronic mail using the Court's Electronic Case Filing System.


Dated:  July 8, 2010                                                  s/David J. Manogue          .
                                                                                    David J. Manogue